Case 2:07-cr-20052-RTD  Document 24  Filed 12/08/11  Page 1 of 1 PageID #: 57

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Corey Phillip A. Prendergast | Case No: 2:07CR20052-001<br>USM No: 08048-010 |
| Date of Original Judgment: April 8, 2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | James Pierce<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __65__ months **is reduced to** Time Already Served since October 1, 2007.

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**DEC 0 8 2011**

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated __04/08/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/08/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson U.S. District Judge
*Printed name and title*